AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
**Indiana Marisol ROMERO-Sontay**
**A200 939 919**
AKA:
  **IAE**
**Honduras**       YOB:   **1992**
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number:    **7:10-po-04502**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 22, 2010** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did

(*Track Statutory Language of Offense*)
**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)    (Misdemeanor)**
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

**Indiana Marisol ROMERO-Sontay was encountered by Border Patrol Agents near Hidalgo, Texas on August 23, 2010. When questioned as to her citizenship, defendant stated that she was a citizen and national of Honduras, who had entered the United States illegally on August 22, 2010, by wading across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:    ☐ Yes   ☒ No

/S/   Homero Calderon    Senior Patrol Agent
**Signature of Complainant**

Sworn to before me and subscribed in my presence,

**August 23, 2010**                        at    **McAllen, Texas**
**Date**                                         **City and State**

**Dorina Ramos**, **U.S. Magistrate Judge**
**Name and Title of Judicial Officer**           **Signature of Judicial Officer**